1 K. Randolph Moore, Esq. 106933
2 Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
3 332 N. Second Street
San Jose, CA 95112
4 Telephone (408) 271-6600
Facsimile (408) 298-6046

5 Attorneys for Plaintiff
Ronald Moore

*E-FILED - 8/16/10*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TABER FOOD SERVICES, INC. dba HOBEE'S LOS GATOS, NICHOLAS GERA, SUEANNE GERA,<br><br>　　　　Defendants. | No. 5;10-CV-01972- RMW<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to U.S District Judge Ronald M. Whyte<br>Complaint filed: May 6, 2010 |

Plaintiff Ronald Moore, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Edward Gerald Fike, Sueanne Gera and Nicholas Gera hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: August 12, 2010　　　　　　　　　/s/Tanya Moore

　　　　　　　　　　　　　　　　　　　　Tanya Moore
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Moore v. Taber Food Inc., et al*

Stipulation for Dismissal

Page 1

1 | Date: August 12, 2010

/s/ Edward Gerald Fike
Edward Gerald Fike,
On behalf of Taber Food Services, Inc.

Date: August 12, 2010

/s/ Nicholas Gera
Nicholas Gera,
On behalf of Nicholas Gera and Sueanne Gera

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  8/16/10            _____
U.S. DISTRICT JUDGE RONALD M. WHYTE

*Moore v. Taber Food Inc., et al*

Stipulation for Dismissal

Page 2